1  JOHN BUSE (SBN # 163156)
   Center for Biological Diversity
2  5656 Dorchester Ave., No. 3
   Chicago, IL 60637
3  Phone: (312) 237-1443
   Fax: (501) 633-8375
4
   BRENDAN CUMMINGS (SBN 193952)
5  Center for Biological Diversity
   P.O. Box 493
6  Idyllwild, CA 92549
   Phone: (951) 659-6053
7  Fax: (951) 659-2484

8  BRENT PLATER
   Center for Biological Diversity
9  1095 Market Street, Suite 511
   San Francisco, CA 94103
10 Phone: (415) 436-9682
   Fax: (415) 436-9683
11
   Attorneys for Plaintiffs
12
   KEVIN V. RYAN (SBN 118321)
13 United States Attorney
   JOANN M. SWANSON (SBN 88143)
14 Chief, Civil Division
   JAMES A. CODA (SBN 1012669 (WI))
15 Assistant United States Attorney
   Environment & Natural Resources Unit
16
   450 Golden Gate Avenue, Box 36055
17 San Francisco, California 94102
   Telephone No: (415) 436-6967
18 Facsimile No: (415) 436-6748

19 Attorneys for Defendants

20          UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
21                SAN FRANCISCO DIVISION

22 CENTER FOR BIOLOGICAL DIVERSITY, ) CIVIL NO. 05-00862 JCS
   et al,                           )
23                                  )
         Plaintiffs,                )
24                                  ) **STIPULATION AND [~~PROPOSED~~] ORDER**
      v.                            )
25                                  )
   JONATHAN JARVIS, et al.,         )
26                                  )
         Defendants.                )
27 _____ )

28        WHEREAS by letter dated April 5, 2005, Mary Martin, Superintendent, Mojave National

Preserve, withdrew the permission she had previously given the California Department of Fish and Game to convert certain wells to watering devices for game animals;

WHEREAS Defendants believe that the Superintendent's withdrawal of permission has made the case moot, but Plaintiffs disagree with that conclusion;

WHEREAS Defendants due date for answering or otherwise responding to the complaint is May 9, 2005;

WHEREAS at the May 6, 2005, Case Management Conference the Court decided to stay the case and the Case Management Order filed May 9, 2005, provides that the case is stayed for 60 days;

WHEREAS the parties agree that if Defendants prevail on their view that the case is moot the case would be dismissed without the need for Defendants to file an answer;

NOW THEREFORE, the parties stipulate that the filing of an answer or other response to the complaint be stayed until 30 days after a final ruling on whether this case is moot.

Respectfully submitted,

Date: 7/8/05      s/John Buse
                  JOHN BUSE

                  Attorneys for Plaintiffs

                  KEVIN V. RYAN
                  United States Attorney

Date: 7/8/05      s/James A. Coda
                  JAMES A. CODA
                  Assistant United States Attorney

                  Attorneys for Defendants

Defendants' counsel attests that the wording of this document is acceptable to plaintiffs' counsel.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: July 11, 2005      /s/ Joseph C. Spero
                         JOSEPH C. SPERO
                         United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER; Civil No. -05-00862 JCS                      2